1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| GRANT LESLIE WASHAM,<br><br>    Petitioner,<br><br>v.<br><br>BRIAN MARTIN,<br><br>    Respondent. | Case No. 19-cv-02860-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 4 |

Petitioner, a detainee, filed a pro se habeas petition. A review of the petition indicates that this is a civil rights action. Petitioner seeks relief regarding improper medical care following a car accident in a Sheriff's vehicle. Court records indicate that petitioner already proceeds with a civil rights case in this Court concerning the same claim. *See Washan v. Martin*, Case No. 19-cv-1907 RS. Petitioner should seek relief in the earlier filed case. This case is **DISMISSED** as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The motion to proceed in forma pauperis (Docket No. 4) is **GRANTED**. A certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 3, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT LESLIE WASHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN MARTIN,<br><br>    Defendant. | Case No. 19-cv-02860-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 3, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Grant Leslie Washam ID: #37933
L.C.S.O. Sheriff's Jail
4913 Helbush Dr.
Lakeport, CA 95453

Dated: September 3, 2019

                                         Susan Y. Soong
                                         Clerk, United States District Court

                                         By: /s/ Lisa R. Clark
                                         LISA R. CLARK, Deputy Clerk to the
                                         Honorable JAMES DONATO